UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MARIE ANTONINI,<br><br>    Plaintiff,<br><br>  v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 24-cv-07697-HSG<br><br>**ORDER RESETTING CASE MANAGEMENT CONFERENCE AND DIRECTING PARTIES TO FILE CASE MANAGEMENT STATEMENT** |

The Court previously set a case management conference for March 4, 2025, and directed the parties to submit a case management statement by February 25, 2025. *See* Dkt. No. 10. But as of the date of this order the parties have not submitted their statement.

Accordingly, the Court **RESETS** the case management conference previously set for March 4, 2025, at 2:00 p.m. to March 18, 2025, at 2:00 p.m. The hearing will be held by Public Zoom Webinar. All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg. All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities.

//
//
//
//
//
//
//

The Court further **DIRECTS** the parties to submit a joint case management statement by March 11, 2025. The parties should meet and confer and make best efforts to submit a joint case management statement by this deadline, but the parties may submit separate statements by that date if they cannot prepare a joint statement. *See* Civil L.R. 16-9(a). The Court expects that counsel and pro se litigants will scrupulously comply with all deadlines in future.

**IT IS SO ORDERED.**

Dated:  February 27, 2025

HAYWOOD S. GILLIAM, JR.
United States District Judge