```
DENNIS F. MORIARTY (SBN 37612)
SEAN P. MORIARTY (SBN 196227)
CESARI, WERNER AND MORIARTY
75 Southgate Avenue
Daly City, CA 94015
Telephone: (650) 991-5126
Facsimile:  (650) 991-5134
dmoriarty@cwmlaw.com
smoriarty@cwmlaw.com
6929-3-13-19
```

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MARIE ANTONINI,<br><br>         Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br>and Does 1 to 20, inclusive,<br><br>         Defendants | Case No. 4:24-cv-07697-HSG<br><br>[Former Alameda Superior Court Case No. 24CV068351]<br><br>**STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: 3/18/2024 |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-identified action, through their respective counsel, hereby agree and stipulate to the dismissal of the entire action, with prejudice, and with each party to bear their own costs. The parties have reached a settlement on all claims.

Dated: March 4, 2025                    By: _____
                                        Gina Marie Antonini
                                        Plaintiff in Pro Per

Dated: March 4, 2025                    **CESARI WERNER & MORIARTY**

                                        By: _____
                                        Sean Moriarty
                                        Attorney for Defendant Costco
                                        Wholesale Corporation

-1-

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

## [PROPOSED] ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties under 41(a) and (c) of the Federal Rules of Civil Procedure, that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 3/17/2025

*Haywood S. Gilliam, Jr.*

Honorable Haywood S. Gilliam, Jr.

-2-

STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE